IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PRATER,<br><br>    Plaintiff,<br><br>  v.<br><br>MACY'S CORPORATION,<br><br>    Defendant.<br>_____/ | No. C 13-4637 MMC<br><br>**ORDER DENYING PLAINTIFF'S "REQUEST FOR CONTINUANCE TO SUPERIOR COURT," CONSTRUED AS MOTION TO REMAND** |

      Before the Court is plaintiff's "Request for Continuance to Superior Court," filed October 18, 2013, which states in full: "The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial, and disposition and hereby requests the continuance of this case to San Mateo County Superior Court." (See Dkt. No. 7.) On October 22, 2013, defendant filed an "Opposition to Plaintiff's Request for Remand," in which defendant repeats the grounds for removal it initially set forth in its Notice of Removal and proceeds to counter a number of arguments apparently raised by plaintiff in a document not filed in the district court.

      To the extent the above-referenced filing by plaintiff is construed as a motion for remand, the Court finds defendant has met its burden to show good cause for removal,

//
//

1 and, accordingly, plaintiff's motion is hereby DENIED.

2     **IT IS SO ORDERED.**

3 Dated: December 20, 2013

4                                                 MAXINE M. CHESNEY
                                                United States District Judge