IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER PRATER,

    Plaintiff,

v.

MACY'S CORP., SAN MATEO,

    Defendant.

No. C-13-4637 MMC

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR SETTLEMENT CONFERENCE**

    Before the Court is plaintiff's Motion for Settlement Conference and Settlement Conference Statement, both filed October 29, 2013. Defendant has filed opposition, "given the early stage of litigation." (See Response, filed October 30, 2013.) The motion has not been noticed for hearing.

    In light of the upcoming Initial Case Management Conference, scheduled for January 17, 2014, at which time the Court will address the subject of alternative dispute resolution with all parties present, the Court hereby DENIES the motion, without prejudice to plaintiff's raising the matter again at that time.

    **IT IS SO ORDERED.**

Dated: December 23, 2013

    MAXINE M. CHESNEY
    United States District Judge