Name: Christopher Prater
Address: 1618 Sullivan Ave., # 534
Daly City, Ca 94015
Phone Number: 650 284 6438
E-mail Address: kcprater74@gmail.com

*Pro Se*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Prater | Case Number: C 13 4637 MMC |
| Plaintiff, | [PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING |
| vs. | DATE: |
| Macy's Corp, San Mateo branch | TIME: |
| | COURTROOM: |
| | JUDGE: |
| Defendant. | |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: January 2, 2014

_____
United States District/Magistrate Judge