IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PRATER,<br><br>                    Plaintiff,<br>    v.<br><br>MACY'S CORPORATION,<br><br>                    Defendant.<br>                                                                  / | No. 13-4637 C MMC<br><br>**ORDER DIRECTING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT** |

    The Court is in receipt of plaintiff Christopher Prater's Case Management Statement, filed December 27, 2013. Pursuant to the Case Management Conference Order, filed October 24, 2013, the parties were directed to file a joint case management statement, not separate statements. Accordingly, plaintiff and defendant are hereby DIRECTED to file, no later than January 10, 2014, a joint case management statement.

    **IT IS SO ORDERED.**

Dated: January 3, 2014

                                            MAXINE M. CHESNEY
                                            United States District Judge