IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER KYLE PRATER,<br><br>            Plaintiff,<br>   v.<br><br>MACY CORP SAN MATEO,<br><br>            Defendant.<br>_____ / | No. C 13-4637 MMC<br><br>**ORDER OF DISMISSAL** |

The court-appointed ENE Evaluator having advised the Court that the parties have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that plaintiff's claims alleged against defendants herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereof on the opposing party, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar for further proceedings as appropriate.

**IT IS SO ORDERED.**

Dated: April 30, 2014

_____
MAXINE M. CHESNEY
United States District Judge